FERNANDO G. MILLER, APPELLANT, VS. NICHOLAS D. HAGERMAN, APPELLEE.

Appeal from Circuit Court Bradford county.

*L. B. Rhodes*, for Appellant.

*J. L. Frazee*, for Appellee.

The bill in this case was filed by the appellant against the appellee. There was decree for the defendant and the complainant appeals. The decree is affirmed.

Decision Per Curiam.

---

WILLIAM V. NEWSOM, PLAINTIFF IN ERROR, VS. EDWIN L. SNOWDEN, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Marion county.

*R. L. Anderson*, for Plaintiff in Error.

*W. K. Zewadski*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.